UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDALL C. SMITH,

Plaintiff,

v.

KING COUNTY PROSECUTORS OFFICE, *et al.*,

Defendants.

CASE NO. 2:26-cv-01897-JCC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R.

(2) This case is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 29th day of September, 2026.

JOHN C. COUGHENOUR
United States District Judge